# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| KENAN METZGER, and ) | |
| ALLISON METZGER, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case: 2:17-cv-02526 |
| v. ) | JURY TRIAL DEMANDED |
| ) | |
| BANK OF AMERICA, NA, ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, with the stipulation and agreement of Defendant Bank of America, N.A., hereby dismisses this action, with prejudice, each party to bear its own costs.

                                                                              Respectfully submitted,

April 2, 2018                                             **CREDIT LAW CENTER**

                                                                   By: **s/ Thomas A. Addleman**
                                                                   Thomas Andrew Addleman #51864
                                                                   4041 NE Lakewood Way, Suite 200
                                                                   Lee's Summit, MO 64064
                                                                   T: (816) 246-7800
                                                                   F: (855) 523-6884
                                                                   toma@CreditLawCenter.com
                                                                   **Attorney for Plaintiff**

                                                                     /s/ Matthew Stromberg
                                                                   Matthew Stromberg, KS #23710
                                                                   Foulston Siefkin LLP
                                                                   32 Corporate Woods, Suite 600
                                                                   9225 Indian Creek Parkway

        Overland Park, Kansas 66210
        Tel: (913) 253-2156
        *Attorney for Bank of America, N.A.*

<u>**CERTIFICATE OF SERVICE**</u>

  The undersigned hereby certifies that on the 2nd day of April, 2018, the foregoing was electronically filed with the ECF filing system.

               <u>By: /s/ Thomas A. Addleman</u>
               Thomas A. Addleman
               **Attorney for Plaintiff**